UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 07-60833-CIV-ALTONAGA
Magistrate Judge Turnoff

ALLIANCE FOR ADA COMPLIANCE, INC.,
and JOHN GARON,

    Plaintiffs,

vs.

ROBERT S. BETTER,

    Defendant.

## JOINT STIPULATION AND MOTION FOR VOLUNTARY DISMISSAL WITH PREJUDICE, INCLUDING THE PARTIES TO BEAR THEIR RESPECTIVE COSTS AND ATTORNEYS' FEES

Plaintiffs, Alliance for ADA Compliance, Inc. and John Garon, individually, and Defendant, Robert S. Better, pursuant to Fed.R.Civ.P.41(a)(1)(ii), hereby stipulate to, and move for, the dismissal of the above-styled action with prejudice each of the parties to bear their respective costs and attorneys fees, except as agreed to in the settlement agreement reached by the parties in the above styled matter. The Parties respectfully request that the Court retain jurisdiction over this action for the purposes of enforcing the Parties' Settlement Agreement, if necessary.

CASE NO. 07-60833-CIV-ALTONAGA

WHEREFORE, Plaintiffs and Defendant jointly move for an Order approving this Stipulation of Dismissal.

Dated this 7th day of S_____, 2007

TODD W. SHULBY, P.A.
*Attorney for Plaintiffs*
12555 Orange Drive, Suite 270
Davie, Florida 33330
Telephone: (954) 862-1770
Facsimile: (954) 862-1769

_____
TODD W. SHULBY
FLORIDA BAR NO. 68365

Respectfully submitted,

Dated this 14 day of September, 2007

GREENBERG TRAURIG, P.A.
*Attorneys for Defendant*
1221 Brickell Avenue
Miami, FL 33131
Telephone: (305) 579-0500
Facsimile: (305) 579-0717

_____
JOSEPH Z. FLEMING
FLORIDA BAR NO. 0093502
ROBERT S. FINE
FLORIDA BAR NO. 155586

2